UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JACQUELINE FISHER,

                     Plaintiff,

-against-

AETNA LIFE INSURANCE COMPANY,

                     Defendant.
-----------------------------------------------------------X

15 **CIVIL** 283 (GHW)

**Rule 54(b) JUDGMENT**

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2020, final judgment is entered as to count one of Fisher's complaint under Rule 54(b) because there is no just reason for delay. The Court also certifies its opinion in Fisher II for interlocutory appeal under 28 U.S.C. § 1292(b) because it satisfies the standard described in that statute. The case is stayed pending further action from the court of appeals.

**Dated:** New York, New York

       August 20, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

              **BY:**

                                                      **Deputy Clerk**