USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

# MEMORANDUM ENDORSED

DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
437 MADISON AVENUE
NEW YORK, NEW YORK 10022

212-332-8300
212-332-8301 TELECOPIER

May 17, 2022

By ECF

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Fisher v. Aetna Life Insurance Co.
15 Civ. 283 (GHW)

Dear Judge Woods:

We are attorneys for plaintiff Jacqueline Fisher ("Fisher") in the above action. We are writing, in accordance with Rule 1.E of the Court's Individual Rules of Practice in Civil Cases, to request an adjustment of the time of the status conference currently scheduled for May 25, 2022, at 4:00 p.m.

The reason for the request is that we have a telephonic hearing before the Hon. Gabriel W. Gorenstein on May 25, 2022, at 3:30 p.m., in Knox v. Varvatos, 17 Civ. 772 (GWG), that has already been adjourned once. We believe it unlikely that the 3:30 hearing will end by 4:00 p.m., any may go significantly longer. We have made no previous requests for an adjournment of this conference. Counsel for Aetna consents to our request. Counsel for both parties have the following times available: Anytime on May 24, 2022, or May 26, 2022, or the morning of May 25, 2022.

Respectfully yours,

*William Dunnegan*

William Dunnegan

Cc: Earl B. Austin, Esq.

---

Application granted. The status conference scheduled for May 25, 2022 is adjourned to May 26, 2022 at 4:30 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 135.

SO ORDERED.

Dated: May 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge