UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACQUELINE FISHER,

                    Plaintiff,                      **ORDER**

                                                                         15-CV-283 (GHW) (JW)

            -against-

AETNA LIFE INSURANCE
COMPANY,

                    Defendant.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred for settlement on May 27, 2022.  Dkt. No. 140.  Should the parties think that settlement would be productive at this time, they are invited to email Chambers with three mutually-agreeable dates for a conference.  The Court asks that any dates proposed be in July 2022.

      If scheduled, the Conference will be held in-person in Courtroom 228, 40 Foley Square.  Parties must plan to attend with their counsel.  Corporate parties must send the person with decision making authority to settle the matter.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.  Pre-conference submissions must be received by the Court no later than 7 days before the Conference.

      SO ORDERED.

DATED:    New York, New York
                May 27, 2022

                                                                   */s/ Jennifer E. Willis*
                                                                   JENNIFER E. WILLIS
                                                                   United States Magistrate Judge