USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FISHER,

    Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 1:15-cv-00283-GHW

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jacqueline Fisher and Defendant Aetna Life Insurance Company, through their respective attorneys, that the above-captioned action is voluntarily dismissed, with prejudice, as to all claims and causes of action asserted therein by Plaintiff against the Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A), each party to bear their own costs, expenses and fees.

Dated: May 31, 2022

Respectfully submitted,

*William Dunnegan*

William Dunnegan
Richard Weiss
DUNNEGAN & SCILEPPI LLC
437 Madison Avenue, 24th Floor
New York, New York 10022
Tel.: (212) 332-8300
wd@dunnegan.com

*Attorneys for Plaintiff Jacqueline Fisher*

Earl B. Austin
Sarah Reeves
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2500
Earl.austin@bakerbotts.com

*Attorneys for Defendant Aetna Life Insurance Co.*

The parties have stipulated to the dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii).

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 6, 2022
New York, New York

                                      GREGORY H. WOODS
                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2022, a true and correct copy of the Stipulation of Dismissal with Prejudice was filed with the clerk of court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Earl B. Austin
Earl B. Austin